**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**FRANCESSCA GEDEON, on behalf of herself, individually, and on behalf of all others similarly-situated,**

**Plaintiff,**

**– against –**

**VALUCARE, INC.,**

**Defendant.**

**Case No.: 19-cv-06954 (JS) (AKT)**

**AFFIDAVIT OF**
**REGINALD VILLIER**

**STATE OF NEW YORK** )
) **ss.:**
**COUNTY OF SUFFOLK** )

**REGINALD VILLIER,** being duly sworn, deposes and says:

1. I am the Administrator for ValuCare, Inc., Defendant in the above-referenced matter.

2. ValuCare, Inc. provides in-home health care services to elderly and disabled individuals.

3. To support the services it provides, ValuCare, Inc. employs or contracts with registered nurses, home health care aides, and home health care aide coordinators.

4. The role of a home health care aide coordinator involves recruiting, evaluating, interviewing, hiring and supervising home health care aides. Coordinators are also responsible for placing home health care aides with each patient on a case by case basis and managing the relationship between the home health care aide and the patient.

5. Plaintiff began working for Defendant as a home health care aide coordinator in October of 2014.

6. Plaintiff's regular schedule was from 9:00 a.m. to 5:00 p.m. Monday through Friday. Plaintiff also received an unpaid meal break of not less than thirty (30) minutes and up to forty-five (45) minutes each day.

7. During her employment Plaintiff regularly commenced work after her 9:00 a.m. start time without advanced authorization. As a result, Plaintiff would occasionally work past 5:00 p.m. if she was behind in her assignments due to her delayed start times. Plaintiff regularly failed to obtain authorization to work past 5:00 p.m. and was repeatedly warned

for her failure to comply with the Company policy regarding working past 5:00 p.m. without proper authorization.

8. Plaintiff was compensated for on-call shifts. The rate of compensation was determined based upon Plaintiff working a regular schedule of up to forty (40) hours.

9. Plaintiff's most recent rates of compensation for on-call shifts were $45.00 for each on-call shift she was scheduled occurring between Monday and Friday and $148.00 for each on-call shift she was scheduled falling on a Saturday or Sunday.

10. Attached hereto as Exhibit 1 is a true and accurate copy of Plaintiff's payroll register from August 7, 2017 through September 18, 2017.

11. If required to do so, I will testify as to the truth and accuracy of this Affidavit in a court of law or at deposition.

Reginald Villier
Reginald Villier

Sworn to before me this
22 day of April 2020

NOTARY PUBLIC

JASON DILONE
NOTARY
NO. 01DI6385843
QUALIFIED IN
NASSAU COUNTY
COMM. EXP.
01-14-2023
PUBLIC
STATE OF NEW YORK