# EXHIBIT 1

# COMPENSATION REPORT
VALUCARE INC - 0408-K906

CHECK DATES 01/03/2017 TO 12/27/2017-3 01/11/2020
PERIOD BEGIN 11/14/2016 PERIOD END 10/29/2017 PAGE 5

| EMPLOYEE NAME / EMP ID S S NO. | RATE | HOURS | GROSS EARNINGS | FEDERAL / EIC | OASDI / MEDICARE | STATE / SDI | LOCAL / OTHER | TAXES / DEDUCTS | NET PAY / CHECK NO |
|---|---|---|---|---|---|---|---|---|---|
| GEDEON, FRANCESSCA | | 37.00 | 635.00 | 79.65 | 39.37 | 25.27 | 18.55 | 173.45 | 461.55 |
| 9112 XXX-XX-XXXX 08/07/2017 | | | | 0.00 | 9.21 | 0.60 | 0.80 | 0.00 | 15809 |
| E 1 HOURLY | 15.000 | 37.00 | 555.00 | | | | | | |
| E OC ON CALL | | | 80.00 | | | | | | |
| GEDEON, FRANCESSCA | | 44.50 | 752.50 | 97.27 | 46.66 | 32.85 | 23.66 | 212.90 | 539.60 |
| 9112 XXX-XX-XXXX 08/14/2017 | | | | 0.00 | 10.91 | 0.60 | 0.95 | 0.00 | 15833 |
| E 1 HOURLY | 15.000 | 39.50 | 592.50 | | | | | | |
| E OC ON CALL | 15.000 | 5.00 | 160.00 | | | | | | |
| GEDEON, FRANCESSCA | | 36.94 | 634.10 | 79.51 | 39.31 | 25.21 | 18.51 | 173.13 | 460.97 |
| 9112 XXX-XX-XXXX 08/21/2017 | | | | 0.00 | 9.19 | 0.60 | 0.80 | 0.00 | 15851 |
| E 1 HOURLY | 15.000 | 29.44 | 441.60 | | | | | | |
| E S SICK | 15.000 | 7.50 | 112.50 | | | | | | |
| E OC ON CALL | | | 80.00 | | | | | | |
| GEDEON, FRANCESSCA | | 42.50 | 995.54 | 155.88 | 61.72 | 48.53 | 34.23 | 316.65 | 678.89 |
| 9112 XXX-XX-XXXX 08/28/2017 | | | | 0.00 | 14.44 | 0.60 | 1.25 | 0.00 | 15867 |
| E 1 HOURLY | 18.500 | 37.50 | 693.75 | | | | | | |
| E AD ADJUSTMENT | | | 129.29 | | | | | | |
| E OC ON CALL | 18.500 | 5.00 | 172.50 | | | | | | |
| GEDEON, FRANCESSCA | | 37.50 | 813.75 | 110.43 | 50.45 | 36.80 | 26.32 | 237.43 | 576.32 |
| 9112 XXX-XX-XXXX 09/05/2017 | | | | 0.00 | 11.80 | 0.60 | 1.03 | 0.00 | 15888 |
| E 1 HOURLY | 18.500 | 37.50 | 693.75 | | | | | | |
| E OC ON CALL | | | 120.00 | | | | | | |
| GEDEON, FRANCESSCA | | 40.75 | 938.31 | 141.57 | 58.18 | 44.84 | 31.74 | 291.72 | 646.59 |
| 9112 XXX-XX-XXXX 09/11/2017 | | | | 0.00 | 13.61 | 0.60 | 1.18 | 0.00 | 15910 |
| E 1 HOURLY | 18.500 | 40.00 | 740.00 | | | | | | |
| E 2 OVERTIME | 27.750 | 0.75 | 20.81 | | | | | | |
| E OC ON CALL | | | 177.50 | | | | | | |
| GEDEON, FRANCESSCA | | 39.78 | 895.93 | 130.98 | 55.55 | 42.10 | 29.90 | 273.25 | 622.68 |
| 9112 XXX-XX-XXXX 09/18/2017 | | | | 0.00 | 12.99 | 0.60 | 1.13 | 0.00 | 15923 |
| E 1 HOURLY | 18.500 | 32.28 | 597.18 | | | | | | |
| E H HOLIDAY | 18.500 | 7.50 | 138.75 | | | | | | |
| E OC ON CALL | | | 160.00 | | | | | | |
| GEDEON, FRANCESSCA | | 37.72 | 875.32 | 125.83 | 54.27 | 40.77 | 29.00 | 264.26 | 611.06 |
| 9112 XXX-XX-XXXX 09/25/2017 | | | | 0.00 | 12.69 | 0.60 | 1.10 | 0.00 | 15936 |