**UNITED STATES DISTRICT COURT**　　　　　　**CIVIL CONFERENCE**
**EASTERN DISTRICT OF NEW YORK**　　　　　　**MINUTE ORDER**


BEFORE:　　A. KATHLEEN TOMLINSON　　　　DATE:　　5-10-2021
　　　　　　U.S. MAGISTRATE JUDGE　　　　　　TIME:　　11:19 a.m. (5 minutes)

*Gedeon v. Valucare, Inc.*
**CV 19-6954 (JS) (AKT)**

TYPE OF CONFERENCE:　　　　　　**TELEPHONE STATUS CONFERENCE**

APPEARANCES:　　Plaintiff　　Danielle Mietus

　　　　　　　　Defendant　　Ryan Eden

FTR through AT&T teleconference number:　　11:19-11:24

THE FOLLOWING RULINGS WERE MADE:

1. The Court scheduled this conference to discuss the letters filed by counsel regarding their disagreement over the proposed revised opt-in notice that was to be submitted.　*See* DE 40; DE 41.

2. The parties were not able to agree on the language to incorporate defense counsel's contact information into the revised opt-in notice, despite the Court providing the parties with a specific example from one of Judge Chen's cases as to how to do so.　As such, the Court is instructing the opt-in notice to be revised forthwith as follows:

   Following section 10 on page 4 which is titled "Do I have a lawyer in this case?", counsel are directed to insert a new section 11.　The new section 11 is to be titled "Defendant's Counsel."　That section is to include only the following language:　"If you decide ***not*** to join the lawsuit, you may also contact Defendant's counsel, Zabell & Collotta, P.C., by telephone at (631) 589-7242, by mail at 1 Corporate Drive, Suite 103, Bohemia, New York 11716, or by e-mail at SZabell@laborlawsny.com.　However, if you decide to join in the lawsuit, *you may not contact Zabell & Collotta, P.C.*"

3. The Court expressed its ongoing concern over the parties' continued inability to fulfill their obligations under Local Rule 37.3 to meet in good faith to attempt to resolve issues. Defendant's counsel was also cautioned that his use of certain language in referring to plaintiff's counsel in his letter at DE 41 is unacceptable.　Both sides were cautioned that they are facing the prospect of sanctions being imposed should they continue to litigate this case in this manner and fail to cooperate with one another.　The Court is striking the filing at DE 41 and defendant's counsel is directed to file an appropriate letter forthwith which reflects the Court's directives to him.

　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　/s/ A. Kathleen Tomlinson
　　　　　　　　　　　　　　　　　A. KATHLEEN TOMLINSON
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge