UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
FRANCESSCA GEDEON, on behalf of herself,
individually, and on behalf of all others similarly-situated,

                              Plaintiff,                **Docket No.:**
                                                                **2:19-CV-06954-JMW**

              -against-

VALUCARE, INC.,

                              Defendant.
------------------------------------------------------------------------X

## AMENDED JOINT EXHIBIT LIST

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | DOCUMENT NUMBER |
|---|---|---|
| 1 | March 13, 2019 Email regarding on-call coordinator's responsibilities | (GEDEON000 031-000032) |
| 2 | On-Call Attestation | (GEDEON000 033) |
| 3 | Memorandum regarding Coordination Department Documentation | (GEDEON000 037) |
| 4 | Emails regarding Plaintiff's Complaint | (GEDEON000 048-000050) |
| 5 | Petty Cash Receipt | (GEDEON000 058) |
| 6 | Plaintiff's Job Description Form | (DEF000006 – DEF000007) |
| 7 | Acknowledgment of On Call Responsibilities | (DEF000054) |
| 8 | Plaintiff's Schedule | (GEDEON000 254) |
| 9 | Employee Handbook and Orientation Checklist | (DEF000010 – DEF000053) |
| 10 | Plaintiff's 2014 – 2015 Performance Review | (DEF000059 – DEF000062) |
| 11 | Plaintiff's 2016 – 2017 Performance Review | (DEF000055 – DEF000058) |
| 12 | Plaintiff's 2014 Time Sheets | (DEF000136 – DEF000149) |
| 13 | Plaintiff's 2015 Time Sheets | (DEF000150 – DEF000199) |

| 14 | Plaintiff's 2016 Time Sheets | (DEF000200 – DEF000249) |
|----|------------------------------|-------------------------|
| 15 | Plaintiff's 2017 Time Sheets | (DEF000250 – DEF000298) |
| 16 | Plaintiff's 2018 Time Sheets | (DEF000299 – DEF000348) |
| 17 | Plaintiff's 2019 Time Sheets | (DEF000349 – DEF000395) |
| 18 | Plaintiff's 2017 Handwritten Time Sheets | (GEDEON000276 – GEDEON000282) |
| 19 | Plaintiff's 2018 Handwritten Time Sheets | (GEDEON000282 – GEDEON000295) |
| 20 | Plaintiff's 2019 Handwritten Time Sheets | (GEDEON000296 – GEDEON000297) |
| 21 | Plaintiff's 2016 On Call Logs | (DEF000427 – DEF000441) |
| 22 | Plaintiff's 2017 On Call Logs | (DEF000442 – DEF000486, DEF000528) |
| 23 | Plaintiff's 2018 On Call Logs | (DEF000514 – DEF000527, DEF000529 – DEF000623, DEF000634 – DEF000637) |
| 24 | Plaintiff's 2019 On Call Logs | (DEF000487 – DEF000513, DEF000624 – DEF000633) |
| 25 | May 6, 2016 Disciplinary Notice | (DEF000087) |
| 26 | November 7, 2016 Disciplinary Notice | (DEF000086) |
| 27 | December 14, 2016 Disciplinary Notice | (DEF000085) |
| 28 | December 23, 2016 Disciplinary Notice | (DEF000084) |
| 29 | December 30, 2016 Disciplinary Notice | (DEF000081) |
| 30 | October 17, 2017 Disciplinary Notice | (DEF000077 – DEF000079) |
| 31 | February 20, 2018 Disciplinary Notice | (DEF000076) |
| 32 | October 17, 2018 Disciplinary Notice | (DEF000073 – DEF000075) |

| | | |
|---|---|---|
| 33 | March 18, 2019 Disciplinary Notice | (GEDEON000 051 – GEDEON0000 53) |
| 34 | Notice of Reinstatement from Suspension | (GEDEON000 054) |
| 35 | Plaintiff's 2014 Payroll | (DEF000094 – DEF000095) |
| 36 | Plaintiff's 2015 Payroll | (DEF000096 – DEF000103) |
| 37 | Plaintiff's 2016 Payroll | (DEF000104 – DEF000111) |
| 38 | Plaintiff's 2017 Payroll | (DEF000112 – DEF000119) |
| 39 | Plaintiff's 2018 Payroll | (DEF000120 – DEF000127) |
| 40 | Plaintiff's 2019 Payroll | (DEF000128 – DEF000135) |
| 41 | Emails Regarding Plaintiff's Request for Help | (GEDEON000 038-000039) |
| 42 | Plaintiff's 2014 On Call Logs | (DEF000657 – DEF000666) |
| 43 | Plaintiff's 2015 On Call Logs | (DEF000638 – DEF000656) |

By: _s/ Saul D. Zabell_

Saul D. Zabell, Esq.
Ryan M. Eden, Esq.
Zabell & Collotta, P.C.
*Attorneys for Defendant*
1 Corporate Drive, Suite 103
Bohemia, New York 11716
Tel.: (631) 589-7242
Fax: (631) 563-7475

By: _____

Andrew C. Weiss, Esq.
Borrelli & Associates, P.L.L.C.
*Attorneys for Plaintiff*
910 Franklin Ave., Suite 200
Garden City, New York 11530
Tel.: (516) 248-5550
Fax: (516) 248-6027