**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE
DATE: 03/28/2023
TIME: 10:00 AM
☐ **SEALED PROCEEDING**

**CIVIL CAUSE FOR TELEPHONE CONFERENCE**
**CASE: 2:19-cv-06954-JMW-Gedeon v. Valucare, Inc.**

APPEARANCES:

For Plaintiff: Andrew C. Weiss, Amy Y. Wang

For Defendant: Saul D. Zabell, Ryan M. Eden

Court Reporter/FTR: 10:02-10:10 (Telephone)

**THE FOLLOWING RULINGS WERE MADE:**

☒ Telephone Conference held.

☒ The parties discussed trial scheduling and logistics. Upon discussion, a Settlement Conference has been scheduled for March 29, 2023 at 9:00 AM in Courtroom 1020. All parties must attend. Parties shall comply with Judge Wicks' Individual Practice Rules regarding Settlement Conferences (Rules §5), although ex parte statements are not required. In light of the settlement conference, the jury selection and trial scheduled to begin on March 29, 2023, is hereby adjourned *sine die*, pending the outcome of the settlement conference.

THE PARTIES ARE REMINDED that audio or video recording of proceedings by any party other than the Court is strictly prohibited by Local Civil Rule 1.8. Violation of this rule may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed appropriate by the Court.

SO ORDERED
/s/ *James M. Wicks*
JAMES M. WICKS
United States Magistrate Judge