**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE    DATE:    03/29/2023
                                                 TIME:    9:00 AM
                                                 ☐ **SEALED PROCEEDING**

### CIVIL CAUSE FOR SETTLEMENT CONFERENCE
### CASE:  2:19-cv-06954-JMW-Gedeon v. Valucare, Inc.

APPEARANCES:

        For Plaintiff:        Andrew C. Weiss, Amy Y. Wang

        For Defendant:        Saul D. Zabell, Ryan M. Eden

Court Reporter/FTR:        2:04-2:27 (FTR)

**THE FOLLOWING RULINGS WERE MADE:**

☒  Settlement Conference held.  Case settled.  Terms of the settlement agreement placed on the record.

                                        SO ORDERED
                                        /s/ *James M. Wicks*
                                        JAMES M. WICKS
                                        United States Magistrate Judge